```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                             CASE NO. 05 B 30873
   SANTO PANSERA
                                                   CHAPTER 13

                                                   JUDGE: BRUCE W BLACK

            Debtor
   SSN XXX-XX-4528


----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

      1.  The case was filed on 08/07/05 and confirmed on 10/28/05.

      2.  The plan is paid in full.

      3.  The Debtor paid a total of $  15473.30 .

      4.  The Trustee made disbursements to creditors as follows:


----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                            PAID            PAID
----------------------------------------------------------------------
FIRST NATIONAL BANK OF I   SECURED              .00              .00              .00
OHIO SAVINGS BANK          CURRENT MORTG        .00              .00              .00
AT & T                     UNSECURED       NOT FILED             .00              .00
CHASE BANK                 UNSECURED         9225.50             .00          1774.02
B FIRST LLC                UNSECURED        16213.44             .00          3117.77
COMED                      UNSECURED       NOT FILED             .00              .00
DISCOVER BANK              UNSECURED         9437.97             .00          1814.88
GMAC PAYMENT CENTER        UNSECURED        19358.61             .00          3722.57
ECAST SETTLEMENT CORPORA   UNSECURED         9034.48             .00          1737.29
ECAST SETTLEMENT CORPORA   UNSECURED        11708.23             .00          2251.44
NCO FINANCIAL SYSTEMS IN   UNSECURED       NOT FILED             .00              .00
RH DONNELLEY               UNSECURED          377.08             .00            72.51
HERALD NEWS                UNSECURED       NOT FILED             .00              .00
RONALD KORAN               UNSECURED       NOT FILED             .00              .00
        Summary of disbursements:
----------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED       OTHER          TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00           .00     75355.31         .00       75355.31
PRINCIPAL PAID           .00           .00     14490.48         .00       14490.48
INTEREST PAID            .00           .00          .00         .00            .00
TOTAL PAID               .00           .00     14490.48         .00       14490.48
The Debtor's attorney, JAY M REESE                    , was allowed $         .00
and was paid $        .00 .

The Trustee received $     513.20 .

Refunds to the Debtor totaled $    469.62 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 11/15/07                           /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE